IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

DERWIN MCFADDEN,
        Plaintiff,
   v.                                 **Judgment in a Civil Case**
SERGEANT JAMES and
SERGEANT WILLIAM A. BRANDON,
        Defendants.            Case Number: 5:20-CT-3055-BO

**Decision by Court.**

This action came before the Honorable Terrence W. Boyle, United States District Judge, for consideration of the defendants' motion for summary judgment.

**IT IS ORDERED AND ADJUDGED** that defendants' motion for summary judgment is granted and this action is hereby dismissed without prejudice.

This Judgment Filed and Entered on July 13, 2022, with service on:
Derwin McFadden
1222 Harbour Dr., Apt. 303
Wilmington, NC 28401 (via U.S. Mail)

John Locke Milholland , IV (via CM/ECF Notice of Electronic Filing)

July 13, 2022                                                    Peter A. Moore, Jr.
                                                           Clerk of Court

                                                       By: _[signature]_
                                                           Deputy Clerk