FILED: October 19, 2022

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-6899
(5:20-ct-03055-BO)
_____

DERWIN MCFADDEN

      Plaintiff - Appellant

v.

SERGEANT JAMES; SERGEANT WILLIAM A. BRANDON

      Defendants - Appellees

_____

RULE 45 MANDATE
_____

This court's order dismissing this appeal pursuant to Local Rule 45 takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*